IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION

ARTURO AGUIRRE CRUZ, Individually
and as Next of Kin to MAXIMINO
AGUIRRE, Deceased; MARÍA LUZ
VENEGAS ESTRADA, Individually, as
Next of Kin to MAXIMINO AGUIRRE,
Deceased and on behalf of MARITZA
AGUIRRE VENEGAS, a minor; and
AURELIANO VALDÉS BLAS,
Individually,

PLAINTIFFS,

v.    CASE NO. 04-2389 M/P

FORD MOTOR COMPANY,

DEFENDANT

## AMENDED SCHEDULING ORDER

The Plaintiffs and the Defendant filed a Joint Application for Extension of Deadlines. The application is GRANTED and the Court enters this Amended Scheduling Order.

1. Expert Witness Disclosure of Plaintiffs' Rule 26 expert information shall be provided by August 5, 2005.

2. Expert Witness Disclosure of Defendant's Rule 26 expert information shall be provided by September 30, 2005.

3. All discovery, including document production, fact and expert depositions, interrogatories and request for admissions shall be completed by October 17, 2005.

4. All dispositive motions shall be filed by November 16, 2005.

5. Jury trial is set for _Monday, February 13, 2006, at 9:30 a.m._

6. A pretrial conference is set for _Friday, February 3, 2006, at 8:45 a.m._

7. The joint pretrial order, proposed jury instructions, and voir dire questions are due by no later than ~~5:00~~ 4:30 p.m. on _Friday, January 27, 2006_

Amended Scheduling Order – Page 1
C:\Documents and Settings\Chris Cowan\My Documents\Vanegas\ExtMotOrder.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-29-05



SO ORDERED

SIGNED THIS \_\_\_\_\_Ap 26\_\_\_\_\_, 2005.

*/s/ J. P. McCalla*

AGREED AND ENTRY REQUESTED:

*/s/*

R. Christopher Cowan

ATTORNEY FOR PLAINTIFFS, ARTURO AGUIRRE CRUZ, Individually and as Next of Kin to MAXIMINO AGUIRRE, Deceased; MARÍA LUZ VENEGAS ESTRADA, Individually, as Next of Kin to MAXIMINO AGUIRRE, Deceased and on behalf of MARITZA AGUIRRE VENEGAS, a minor; AURELIANO VALDÉS BLAS, Individually

and

*/s/*

Steve Marcum
(Signed with permission by R. Christopher Cowan)

ATTORNEY FOR FORD MOTOR COMPANY

Amended Scheduling Order – Page 2
C:\Documents and Settings\Chris Cowan\My Documents\Vanegas\ExtMotOrder.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Honorable Jon McCalla
US DISTRICT COURT