IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ARTURO AGUIRRE CRUZ, et al., )
)
Plaintiffs, )
)
vs. )  Civ. No. 04-2389-Ml/P
)
FORD MOTOR COMPANY, )
)
Defendant. )

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

Before the Court is plaintiff's Motion to Compel Ford Motor Company, filed April 21, 2005 (Dkt #13). Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The time for filing a response to plaintiffs' motion to compel has passed. Therefore, the motion is GRANTED.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-16-05

Defendant shall produce the discovery materials requested in plaintiffs' motion to compel within eleven (11) days from the date of this order.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/12/05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Honorable Jon McCalla
US DISTRICT COURT