IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 24 PM 3: 10

ROBERT R. ___
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| ARTURO AGUIRRE CRUZ, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civ. No. 04-2389-Ml/P |
| FORD MOTOR COMPANY, INC., | ) | |
| Defendant. | ) | |

## ORDER RESCINDING MAY 16, 2005 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

On May 16, 2005, this court entered an order granting plaintiff's motion to compel discovery. The motion to compel was granted on the basis that defendant did not file its response within the time required by the local rules. On May 23, 2005, the defendant sent a letter to the court stating that it had timely filed a response, but that the Clerk's office did not accept the response for filing because the defendant did not include sufficient copies. Defendant subsequently filed its response, which was docketed on May 16. On May 23, the court held a telephonic conference call with counsel of record. For good cause shown, and plaintiff having no opposition thereto, the court hereby rescinds its May 16 order granting plaintiff's motion to compel.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05

The parties are directed to meet and confer regarding the discovery disputes and jointly submit a letter to the court by June 3, 2005, setting forth what, if any, disputes remain at issue.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/24/05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Honorable Jon McCalla
US DISTRICT COURT