IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ARTURO AGUIRRE CRUZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>04-2389-Ml/P</u> |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL

On May 24, 2005, this court ordered the parties to meet and confer regarding the discovery disputes raised in plaintiff's motion to compel, which was filed April 21, 2005. By letter dated June 2, 2005, plaintiff informed the court that the parties have resolved the issues in the motion to compel, and that the motion to compel is now moot. On that basis, the motion is DENIED as moot.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 6, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Honorable Jon McCalla
US DISTRICT COURT