IN THE UNITED STATES DISTRICT
WESTERN DISTRICT OF TENNESSEE - WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 14 PM 1:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ARTURO AGUIRRE CRUZ, Individually And as Next of Kin to MAXIMINO AGUIRRE, Deceased; MARÍA LUZ VENEGAS ESTRADA, Individually, as Next of Kin to MAXIMINO AGUIRRE, Deceased and on behalf of MARITZA AGUIRRE VENEGAS, a minor; and AURELIANO VALDÉS BLAS, Individually, <br><br>                    Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY <br><br>                    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  <br><br><br><br><br><br><br><br><br><br><br><br> CASE NO. 2:04-cv-2389-MI/P |

## ORDER

IT IS ORDERED that Frederick J. Jekel be admitted to act as counsel for Maximino Aguirre in this action.

_____
U.S. District Court Judge

Signed this _14_ day of ___July___, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-14-05_



## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the within Motion For Admission, Notice of Appearance and Order to the Counsel of Record in the within entitled matter by sending a copy of same by U.S. Mail, postage prepaid, this _____ day of June 2005, upon the following:

Stephen A. Marcum, Esquire
Stansberry, Petroff, Marcum and Blakley
3 Courthouse Square
Huntsville, Tennessee 37756
(423) 663-2321

Paul F. Malek, Esquire
Huie, Fernambucq & Stewart, LLP
Protective Bldg 3, Suite 200
2801 Highway 280 South
Birmingham, AL 35223
(205) 251-1193
(205) 251-1256

R. Christopher Cowan, Esq.
The Cowan Law Firm
4144 North Central Expressway, Suite 370
Dallas, TX 75204
(214) 826-1900
(214) 826-8900

_____
Kelly Parker, Paralegal

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Frederick J. Jekel
MOTLEY RICE
28 Bridgeside Blvd
Mt Pleasant, SC 29465

Honorable Jon McCalla
US DISTRICT COURT