FILED BY ____ D.C.

05 JUL 15 PM 2:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| ARTURO AGUIRRE CRUZ, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civ. No. <u>04-2389-Ml/P</u> |
| FORD MOTOR COMPANY, | ) |
| Defendant. | ) |

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION
## FOR EXTENSION OF TIME

Before the court is defendant's Motion for Extension of Time, filed July 13, 2005 (dkt #24). A review of the record reveals that the defendant did not file a certificate of consultation with its motion. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." *Id*.

Therefore, defendant's motion is DENIED, without prejudice.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___7-15-05___

The defendant may renew its motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

___July 15, 2005___
Date

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Frederick J. Jekel
MOTLEY RICE
28 Bridgeside Blvd
Mt Pleasant, SC 29465

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Honorable Jon McCalla
US DISTRICT COURT