IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ARTURO AGUIRRE CRUZ, et al., )
                             )
        Plaintiffs,          )
                             )
vs.                          )   Civ. No. 04-2389-Ml/P
                             )
FORD MOTOR COMPANY,          )
                             )
        Defendant.           )

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO AMEND COMPLAINT

Before the court is Plaintiffs' Motion to Amend Complaint, filed July 18, 2005 (dkt #28). A review of the record reveals that the plaintiff did not file a certificate of consultation with his motion. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." Id.

Therefore, plaintiffs' motion is DENIED, without prejudice.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-21-05

The plaintiff may renew his motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_July 20, 2005_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Frederick J. Jekel
MOTLEY RICE
28 Bridgeside Blvd
Mt Pleasant, SC 29465

Kevin R. Dean
MOTLEY RICE
28 Bridgeside Blvd
Mt. Pleasant, SC 29465

Honorable Jon McCalla
US DISTRICT COURT