IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 21 PM 3:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ARTURO AGUIRRE CRUZ, Individually and as Next of Kin to MAXIMINO AGUIRRE, Deceased; MARIA LUZ VENEGAS ESTRADA, Individually and as Next of Kin to MAXIMINO AGUIRRE, Deceased, and on Behalf of MARITZA AGUIRRE VENEGAS, as a Minor; and AURELLIANO VALDES BLAS,<br><br>    Plaintiffs,<br><br>VS.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | NO. 04-2389 Ml/P |

ORDER CONDITIONALLY GRANTING MOTION
FOR ADMISSION

This matter is before the Court on the July 18, 2005, motion of Kevin R. Dean for leave to appear as attorney for Plaintiff, Maximino Aguirre, in this matter.

It is hereby ordered that the motion is CONDITIONALLY GRANTED and that counsel may appear *pro hac vice* upon the filing of a certificate that the attorney has obtained and is familiar with the local rules of this court, including the Guidelines of Professional Courtesy and Conduct, pursuant to Local Rule 83.1(b)(1).

IT IS SO ORDERED THIS 21 DAY OF July, 2005.

JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Frederick J. Jekel
MOTLEY RICE
28 Bridgeside Blvd
Mt Pleasant, SC 29465

Kevin R. Dean
MOTLEY RICE
28 Bridgeside Blvd
Mt. Pleasant, SC 29465

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Honorable Jon McCalla
US DISTRICT COURT