IN THE UNITED STATES DISTRICT
WESTERN DISTRICT OF TENNESSEE - WESTERN DIVISION

ARTURO AGUIRRE CRUZ, Individually )
and as Next of Kin to MAXIMINO )
AGUIRRE, Deceased; MARÍA LUZ )
VENEGAS ESTRADA, Individually, as )
Next of Kin to MAXIMINO AGUIRRE, )
Deceased and on behalf of MARITZA )
AGUIRRE VENEGAS, a minor; and )
AURELIANO VALDÉS BLAS, )
Individually, )
                                              Plaintiffs, )
)
vs. )
)
FORD MOTOR COMPANY )
)
                                              Defendant. )   CASE NO. 2:04-cv-2389-MI/P

MOTION GRANTED
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

## CONSENT MOTION TO AMEND THE SCHEDULING ORDER

\* \* \* \* \* \* \* \* \* \* \*

COMES NOW, the Plaintiffs and Defendant, Ford Motor Company, jointly and hereby move this Court to modify and amend the Court's Scheduling Order, only as it relates to the timing of the production of expert reports.

The parties have consulted with regard to this modification, believe it is appropriate, and believe that all other deadlines contained in this Court's Scheduling Order can be met even with the extension of the expert deadline.

Currently the experts' reports for Plaintiffs are due to be produced on August 5, 2005, and Defendant's reports on September 30, 2005. The parties have consented to and agreed to extend the Plaintiffs' production of expert reports until Friday, September 2, 2005 and Defendant's expert reports until October 31, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-1-05

1



The parties hereby request this Court to issue an Order amending the current Scheduling Order to allow the extension for the production of Plaintiffs' and Defendant's expert reports only.

Respectfully Submitted,

FOR THE DEFENDANT
FORD MOTOR COMPANY:

*/s/ Stephen A. Marcum by Kevin R. Dean w/ permission*

STEPHEN A. MARCUM
Stansberry, Petroff, Marcum and Blakley
3 Courthouse Square
Huntsville, TN 37756
(423) 663-2321
(423) 663-2111

FOR THE PLAINTIFFS:

*/s/ Kevin R. Dean*

FREDERICK J. JEKEL
SC Federal Bar # 6465
KEVIN R. DEAN
SC Federal Bar # 8046
Georgia Bar # 214855
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29465
(843) 216-9000 telephone
(843) 216-9440 facsimile

and

R. Christopher Cowan, Esquire
The Cowan Law Firm
4144 N. Central Expressway, Ste. 370
Dallas, TX 72504

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Kevin R. Dean
MOTLEY RICE
28 Bridgeside Blvd
Mt. Pleasant, SC 29465

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Frederick J. Jekel
MOTLEY RICE
28 Bridgeside Blvd
Mt Pleasant, SC 29465

Honorable Jon McCalla
US DISTRICT COURT