IN THE UNITED STATES DISTRICT
WESTERN DISTRICT OF TENNESSEE - WESTERN DIVISION

FILED BY ____ D.C.
05 AUG -1 PM 2: 22
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ARTURO AGUIRRE CRUZ, Individually And as Next of Kin to MAXIMINO AGUIRRE, Deceased; MARÍA LUZ VENEGAS ESTRADA, Individually, as Next of Kin to MAXIMINO AGUIRRE, Deceased and on behalf of MARITZA AGUIRRE VENEGAS, a minor; and AURELIANO VALDÉS BLAS, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:04-cv-2389-MI/P |

## ORDER

This Court has before it, the Consent Motion to extend the Scheduling Order to allow the Plaintiffs until September 2, 2005, and Defendants until October 31, 2005, to produce the expert reports. This Motion is being presented by consent of the parties and is unopposed.

IT IS ORDERED, ADJUDGED AND DECREED, that the Court's Scheduling Order in this matter will be modified pursuant to this Order to allow the Plaintiffs until September 2, 2005, and Defendant until October 31, 2005, to produce the expert reports. All other deadlines in the Court's Scheduling Order will remain in place.

_____
The Honorable ~~John McCalla~~ Tu M. Pham
United States ~~District Court~~ Magistrate Judge
For the Western District of Tennessee

Dated this ____ day of July, 2005.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on  8-1-05

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Kevin R. Dean
MOTLEY RICE
28 Bridgeside Blvd
Mt. Pleasant, SC 29465

Frederick J. Jekel
MOTLEY RICE
28 Bridgeside Blvd
Mt Pleasant, SC 29465

Honorable Jon McCalla
US DISTRICT COURT