IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION

FILED BY ___ D.C.
05 AUG -4 PM 3: 12
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T  MEMPHIS

| | |
|---|---|
| ARTURO AGUIRRE CRUZ, Individually and as Next of Kin to MAXIMINO AGUIRRE, Deceased; MARIA LUZ VENEGAS ESTRADA, Individually, as Next of Kin to MAXIMINO AGUIRRE, Deceased and on behalf of MARITZA AGUIRRE VENEGAS, a minor; and AURELIANO VALDES BLAS, Individually<br><br>Plaintiffs,<br>vs.<br><br>FORD MOTOR COMPANY<br><br>Defendant. | No. 04-2389-M1P<br>JURY DEMAND |

## ORDER FOR ADMISSION, PRO HAC VICE

This matter coming before the Court upon motion of Stephen A. Marcum, for the admission *pro hac vice* of Paul F. Malek, an attorney with the law firm of Huie, Fernambucq and Stewart, LLP, Three Protective Center, Suite 200, 2801 Highway 280 South, Birmingham, Alabama 35223-2484, and the Court being advised:

IT IS HEREBY ORDERED that Paul F. Malek, be permitted entry of appearance on behalf of the Defendant Ford Motor Company, *pro hac vice*.

_____
U.S. DISTRICT COURT JUDGE

DATE: Aug 4, 2005

{00929123.1/1564-0008}   This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-4-05

(40)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Frederick J. Jekel
MOTLEY RICE, LLC
26 Bridgeside Blvd.
Mount Pleasant, SC 29464

Paul F. Malek
HUIR FERNAMBUCQ AND STEWART
Three Protective Center
Ste 200
2801 Hwy 280 South
Birmingham, AL 35223--248

Alan Thomas
HUIE FERNAMBUCQ AND STEWART
Three Protective Center
Ste 200
Highway 280 South
Birmingham, AL 35223--248

Kevin R. Dean
MOTLEY RICE
28 Bridgeside Blvd
Mt. Pleasant, SC 29465

Honorable Jon McCalla
US DISTRICT COURT