IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15 PM 5:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| ARTURO AGUIRRE CRUZ, et al., | ) |
| Plaintiffs, | ) |
| vs. | )  Civ. No. <u>04-2389-Ml/P</u> |
| FORD MOTOR COMPANY, | ) |
| Defendant. | ) |

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RECONSIDERATION AND STATUS CONFERENCE

Before the court is Plaintiffs' Motion for Reconsideration and Status Conference, filed August 25, 2005 (Dkt #43). On September 15, 2005, the court held a telephonic hearing. Counsel for all interested parties were present and heard. At the hearing, the plaintiffs informed the court that they wish to withdraw the motion. On this basis, the plaintiff's motion for reconsideration and status conference is DENIED as moot.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 15, 2005
Date

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 9-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Frederick J. Jekel
MOTLEY RICE, LLC
26 Bridgeside Blvd.
Mount Pleasant, SC 29464

Alan Thomas
HUIE FERNAMBUCQ & STEWART, LLP
Three Protective Center
Ste 200
Highway 280 South
Birmingham, AL 35223--248

Kevin R. Dean
MOTLEY RICE
28 Bridgeside Blvd
Mt. Pleasant, SC 29465

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Paul F. Malek
HUIR FERNAMBUCQ & STEWART, LLP
Three Protective Center
Ste. 200
2801 Hwy 280, W.
Birmingham, AL 35223--248

Honorable Jon McCalla
US DISTRICT COURT