IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION

ARTURO AGUIRRE CRUZ, Individually
and as Next of Kin to MAXIMINO
AGUIRRE, Deceased; MARÍA LUZ
VENEGAS ESTRADA, Individually, as
Next of Kin to MAXIMINO AGUIRRE,
Deceased and on behalf of MARITZA
AGUIRRE VENEGAS, a minor; and
AURELIANO VALDÉS BLAS,
Individually,

PLAINTIFFS,

v.                                                    CASE NO. 04-2389 Ma P

FORD MOTOR COMPANY,

DEFENDANT

## SECOND AMENDED SCHEDULING ORDER

Following a status conference held on September 15, 2005, it is hereby ordered that the following deadlines will apply.

1. Expert Witness Disclosure of Defendant's Rule 26 expert information shall be provided by October 31, 2005.

2. All written discovery, including document production, interrogatories and request for admissions shall be completed by December 1, 2005.

3. All fact and expert depositions shall be completed by January 13, 2006.

4. All dispositive motions shall be filed by December 15, 2005.

5. Jury trial is set for Monday, February 13, 2006 at 9:30 a.m.

6. A pretrial conference is set for Friday, February 3, 2006, at 8:45 a.m.

7. The joint pretrial order, proposed jury instructions, and voir dire questions are due by no later than 4:30 p.m. on Friday, January 27, 2006.

Second Amended Scheduling Order – Page 1
C:\Documents and Settings\Chris Cowan\My Documents\Vanegas\SchOrder2.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __10-4-05__

SO ORDERED

SIGNED THIS _September 29_, 2005.

JUDGE TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

AGREED AND ENTRY REQUESTED:

R. Christopher Cowan

ATTORNEY FOR PLAINTIFFS, ARTURO AGUIRRE CRUZ, Individually and as Next of Kin to MAXIMINO AGUIRRE, Deceased; MARÍA LUZ VENEGAS ESTRADA, Individually, as Next of Kin to MAXIMINO AGUIRRE, Deceased and on behalf of MARITZA AGUIRRE VENEGAS, a minor; AURELIANO VALDÉS BLAS, Individually

and

Steve Marcum

ATTORNEY FOR FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-02389 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Paul F. Malek
HUIR FERNAMBUCQ & STEWART, LLP
Three Protective Center
Ste. 200
2801 Hwy 280, W.
Birmingham, AL 35223--248

Frederick J. Jekel
MOTLEY RICE, LLC
26 Bridgeside Blvd.
Mount Pleasant, SC 29464

R. Christopher Cowan
THE COWAN LAW FIRM
4144 N. Central Expressway
Ste. 370
Dallas, TX 75204

Kevin R. Dean
MOTLEY RICE
28 Bridgeside Blvd
Mt. Pleasant, SC 29465

Alan Thomas
HUIE FERNAMBUCQ & STEWART, LLP
Three Protective Center
Ste 200
Highway 280 South
Birmingham, AL 35223--248

Stephen A. Marcum
STANSBERRY PETROFF MARCUM & BLAKLEY
3 Courthouse Square
Huntsville, TN 37756

Honorable Jon McCalla
US DISTRICT COURT